# UNITED STATES DISTRICT COURT

for the
Northern District of Georgia

| | | |
|---|---|---|
| **Erin Wilson, individually and on behalf of others similarly situated,** | ) ) ) ) | |
| _Plaintiff_ | ) | |
| v. | ) ) | Civil Action No. 1:25-cv-03808-SEG |
| **Real Health Roots, LLC** | ) ) | |
| _Defendant_ | ) | |

## AFFIDAVIT OF SERVICE

I, Ryan Schedler, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to Real Health Roots, LLC in Travis County, TX on July 16, 2025 at 2:40 pm at 5900 Balcones Drive, Suite 100, Austin, TX 78731 by leaving the following documents with Jade Chhun who as Document processor at Registered Agents Inc is authorized by appointment or by law to receive service of process for Real Health Roots, LLC.

CIVIL SUMMONS, COMPLAINT, AND CIVIL COVER SHEET

Asian Female, est. age 25-34, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.3415083333,-97.75483
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Travis County                                    ,

TX      on    7/17/2025              .

/s/ *Ryan Schedler*
_____
Signature
Ryan Schedler
+1 (972) 979-8801

