IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Real Health Roots, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-03808-SEG |

**DEFENDANT REAL HEALTH ROOTS, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Real Health Roots, LLC ("Real Health Roots") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully requests that this Court grant a one month (30 day) extension of time through and including September 5, 2025, to answer or otherwise respond to Plaintiff's Complaint, and in support states as follows:

1.   On July 9, 2025, Plaintiff filed the Complaint (the "Complaint") in this Court.

2.   Real Health Roots must currently answer or otherwise respond to Plaintiff's Complaint on or before August 6, 2025.

3. Real Health Roots seeks this brief extension of time in order to further consult with counsel for Plaintiff to fully assess the allegations and claims made against it in the Complaint and to investigate same before responding to the Complaint.

4. Pursuant to Fed. R. Civ. P. 6(b), Real Health Roots submits that good cause is shown for the requested extension of time to respond to the Complaint.

5. Moreover, this request is not sought for the purpose of delay and no party will be prejudiced by the relief sought in this motion.

6. Counsel for Plaintiff does not oppose this Motion.

7. A proposed Order is attached hereto this Motion.

Submitted on this 6th day of August, 2025.

. **HOLLAND & KNIGHT LLP**

*/s/ Cynthia G. Burnside*
Cynthia G. Burnside
Georgia Bar No.: 097107
Matthew T. Covell
Georgia Bar No. 190735
1180 West Peachtree Street
Suite 1800
Atlanta, GA 30309
Phone: (404) 817-8500
cynthia.burnside@hklaw.com
matthew.covell@hklaw.com

*Attorneys for Defendant*
*Real Health Roots, LLC*

Case 1:25-cv-03808-SEG   Document 9   Filed 08/06/25   Page 3 of 5

## **LR 7.1(D) FONT COMPLIANCE CERTIFICATION**

The undersigned counsel for Defendant NTPS hereby certifies that the within and foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

This 6th day of August, 2025.

**HOLLAND & KNIGHT LLP**

*/s/ Cynthia G. Burnside*
Cynthia G. Burnside
Georgia Bar No.: 097107

*Attorneys for Defendant*
*Real Health Roots, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a copy of the foregoing on counsel through the Court's CM/ECF system which automatically provides a copy to counsel of record.

This 6th day of August, 2025.

**HOLLAND & KNIGHT LLP**

*/s/ Cynthia G. Burnside*
Cynthia G. Burnside
Georgia Bar No.: 097107

*Attorneys for Defendant*
*Real Health Roots, LLC*