IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Real Health Roots, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-03808-SEG |

**ORDER**

The Court, having considered Defendant Real Health Roots, LLC's Motion for Extension of Time to Respond to Complaint, it is hereby **ORDERED AND ADJUDGED:**

1.  Defendant Real Health Roots, LLC's Motion for Extension of Time to Respond to Complaint is **GRANTED**;

2.  Defendant Real Health Roots, LLC **SHALL** answer or otherwise respond to Plaintiff's Complaint on or before September 5, 2025.

**SO ORDERED,** this _____ day of August, 2025.

_____
**SARAH E. GERAGHTY**
**UNITED STATES DISTRICT JUDGE**