# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Real Health Roots, LLC,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-03808-SEG |

## ORDER

The Court, having considered Defendant Real Health Roots, LLC's Motion for Extension of Time to Respond to Complaint, it is hereby **ORDERED AND ADJUDGED:**

1. Defendant Real Health Roots, LLC's Motion for Extension of Time to Respond to Complaint is **GRANTED**;

2. Defendant Real Health Roots, LLC **SHALL** answer or otherwise respond to Plaintiff's Complaint on or before September 5, 2025.

**SO ORDERED,** this 7th day of August, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE