IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Real Health Roots, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-03808-SEG |

**JOINT MOTION TO EXTEND ALL DEADLINES FOR THIRTY DAYS WHILE THE PARTIES EXPLORE SETTLEMENT OPTIONS**

COMES NOW Plaintiff Erin Wilson and Defendant Real Health Roots, LLC and hereby files this Joint Motion to Extend All Deadlines For Thirty Days, showing this Court as follows:

1.    The Parties are actively engaged in settlement discussions that may resolve all issues in this case.

2.    Currently, the Joint Preliminary Report and Discovery Plan is due today, November 21, 2025.

3.    While the Parties continue their settlement discussions, the Parties seek to extend all deadlines, including but not limited to the deadline for filing the Joint

Preliminary Report and Discovery Plan, for thirty-days to enable the Parties to focus their time and resources on settlement.

4.  The Parties submit that this relief will allow them to efficiently explore resolution of all claims at issue in this litigation. Moreover, this requested relief does not delay this litigation even if the Parties to not reach a settlement.

5.  A proposed order granting this relief is attached hereto as Exhibit A.

Submitted on this 21st day of November, 2025.

| PARONICH LAW, P.C. | HOLLAND & KNIGHT LLP |
|---|---|
| <u>/s/ Anthony I. Paronich</u><br>Anthony I. Paronich (*admitted pro hac vice*)<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>anthony@paronichlaw.com<br><br>*Counsel for Plaintiff and the proposed class* | <u>/s/ Cynthia G. Burnside</u><br>Cynthia G. Burnside<br>Georgia Bar No.: 097107<br>Matthew T. Covell<br>Georgia Bar No. 190735<br>1180 West Peachtree Street<br>Suite 1800<br>Atlanta, GA 30309<br>Phone: (404) 817-8500<br>cynthia.burnside@hklaw.com<br>matthew.covell@hklaw.com<br><br>*Attorneys for Defendant Real Health Roots, LLC* |

## **<u>LR 7.1(D) FONT COMPLIANCE CERTIFICATION</u>**

The undersigned counsel for Defendant hereby certifies that the within and foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

This 21st day of November, 2025.

<u>*/s/ Anthony I. Paronich*</u>
Anthony I. Paronich (*admitted pro hac vice*)


## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a copy of the foregoing on counsel through the Court's CM/ECF system which automatically provides a copy to counsel of record.

This 21st day of November, 2025.

*/s/ Anthony I. Paronich*
Anthony I. Paronich (*admitted pro hac vice*)

#530171080_V2