## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Erin Wilson, individually and on behalf of
others similarly situated,

     Plaintiff,                  CIVIL ACTION FILE NO.

v.                            1:25-cv-03808-SEG

Real Health Roots, LLC,

     Defendant.

## ORDER

The Court, having considered the Parties' Joint Motion to Extend All Deadlines For Thirty Days filed on November 21, 2025, it is hereby **ORDERED AND ADJUDGED:**

1.    The Joint Motion to Extend All Deadlines For Thirty Days is **GRANTED**.

2.    All deadlines **SHALL** be extended for thirty-days.

3.    The deadline to file Joint Preliminary Report and Discovery Plan is December 21, 2025.

**SO ORDERED,** this _____ day of _____, 2025.

_____

**SARAH E. GERAGHTY**
**UNITED STATES DISTRICT JUDGE**