IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Real Health Roots, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-03808-SEG |

**MOTION FOR PERMISSION TO WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.1(E) for the Northern District of Georgia, the law firm of Holland & Knight hereby requests that the Court enter an order granting it permission to withdraw as counsel for Defendant Real Health Roots, LLC ("Defendant"). In support of this Motion, the undersigned counsel states as follows:

1. Holland & Knight seeks to withdraw as counsel for Defendant. Defendant has not paid certain outstanding invoices owed to Holland & Knight.

2. Holland & Knight has given Defendant at least fourteen days' prior notice of its intention to request permission to withdraw. Holland & Knight also communicated the information required by Local Rule 83.1(E)(2)(b) to Defendant

by email, and also by U.S. Mail and by Federal Express to Defendant's last known address: Dr. Raj Andrew Gupta, President Real Health Roots, LLC, 3300 N. A Street, Building 8 Suite 125, Midland, Texas 79705.

3.   The written notice to Defendant is attached hereto as Exhibit A. The confirmation of delivery of the notice to Defendant by U.S. Mail is attached hereto as Exhibit B. The confirmation of delivery of the notice to Defendant by Federal Express is attached hereto as Exhibit C.

4.   Real Health Roots, LLC has not returned a consent to the withdrawal, or provided the name of its new counsel, if any.

Submitted on this 20th day of January, 2026.

**HOLLAND & KNIGHT LLP**

*/s/ Cynthia G. Burnside*
Cynthia G. Burnside
Georgia Bar No.: 097107
Matthew T. Covell
Georgia Bar No. 190735
1180 West Peachtree Street
Suite 1800
Atlanta, GA 30309
Phone: (404) 817-8500
cynthia.burnside@hklaw.com
matthew.covell@hklaw.com

*Attorneys for Defendant*
*Real Health Roots, LLC*

Page 2

## **LR 7.1(D) FONT COMPLIANCE CERTIFICATION**

The undersigned counsel for Defendant hereby certifies that the within and foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

    This 20th day of January, 2026.

                                    **HOLLAND & KNIGHT LLP**

                                    */s/ Cynthia G. Burnside*
                                    Cynthia G. Burnside
                                    Georgia Bar No. 097107

                                    *Attorneys for Defendant*
                                    *Real Health Roots, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I served a copy of the foregoing on counsel through the Court's CM/ECF system which automatically provides a copy to counsel of record. I hereby certify that on this day, I served a copy of the foregoing on Real Health Roots, LLC by email and U.S. Mail.

This 20th day of January, 2026.

**HOLLAND & KNIGHT LLP**

*/s/ Cynthia G. Burnside*
Cynthia G. Burnside
Georgia Bar No. 097107

*Attorneys for Defendant*
*Real Health Roots, LLC*