# Exhibit A

Withdrawal notice

# Holland & Knight

1180 West Peachtree Street NW, Suite 1800 | Atlanta, Georgia 30309 | T +1.404.817.8500 | F +1.404.881.0470
Holland & Knight LLP | www.hklaw.com

Cynthia G. Burnside
+1 404-817-8568
cynthia.burnside@hklaw.com

December 19, 2025

**PRIVILEGED AND CONFIDENTIAL: ATTORNEY-CLIENT COMMUNICATION**

*Via E-mail, Federal Express and U.S. Mail*

Dr. Raj Andrew Gupta
President
Real Health Roots, LLC
3300 N. A Street , Building 8
Suite 125
Midland, Texas 79705

    Re:    Withdrawal as Counsel *(Erin Wilson v. Real Health Roots, LLC*, United States District Court for the Northern District of Georgia., Case No. 1:25-cv-03808-SEG)

Dear Dr. Gupta:

As we have discussed, both Defendant Real Health Roots, LLC ("Defendant" or "Real Health Roots") and Holland & Knight ,LLP ("Holland & Knight") agree that because Defendant is unable to pay certain outstanding invoices of Holland & Knight, it is appropriate for Holland & Knight to withdraw as counsel for Real Health Roots in the case of *Erin Wilson, individually and on behalf of others similarly situated v. Real Health Roots, LLC*, United States District Court for the Northern District of Georgia, Case No. 1:25-cv-03808-SEG.

Pursuant to the Local Rule 83.1(E)(2), Holland & Knight is obligated to notify you in writing, delivered by email and U.S. Mail to Real Health Roots, LLC's last known mailing address, 14 calendar days before it files a Motion to Withdraw. **Real Health Roots has 14 days from receipt of this notice to object in writing to Holland & Knight's intention to withdraw.**

When the Court grants the motion to withdraw, the Court will retain jurisdiction over the pending litigation. There are certain rules and obligations that Real Health Roots must continue to satisfy in order to avoid adverse consequences, including:

    a)  Real Health Roots must keep the Court informed of the address to which notices, pleadings or other papers may be served by mail. Court and other notices may be served on Real Health Roots at its last known mailing address, if no alternative is provided to the Court and opposing counsel.

Algiers | Atlanta | Austin | Birmingham | Bogotá | Boston | Century City | Charlotte | Chattanooga
Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | London | Los Angeles | Mexico City
Miami | Monterrey | Nashville | Newport Beach | New York | Orlando | Philadelphia | Portland | Richmond
San Francisco | Seattle | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Dr. Raj Andrew Gupta
December 19, 2025
Page 2

    b) As a corporate entity, Real Health Roots must be represented by counsel, who must sign all pleadings and papers submitted to the Court, and must continue to meet all deadlines and prepare for trial, which has not yet been set. A corporate officer may not represent the client unless that officer is admitted to the bar of this Court as a regular member or has been admitted pro hac vice in the case.

    c) The dates of any scheduled proceedings, including trial, will not be affected by our withdrawal.

Failure to comply with the foregoing, or to satisfy any other court-related obligations could result in adverse consequences including entry of judgment against Real Health Roots, LLC.

The name and address of Opposing Counsel, representing Plaintiff in this case is:

    Anthony I. Paronich
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Tel: (617) 485-0018
    anthony@paronichlaw.com

The name and address of the Clerk of the United States District Court for the Northern District of Georgia is:

    Kevin P. Weimer
    District Court Executive/Clerk of Court
    U.S. District Court, Northern District of Georgia
    75 Ted Turner Drive, S.W.
    Atlanta, GA 30303
    404-215-1600

**THE FOLLOWING DEADLINES ARE CURRENTLY IN PLACE AND WILL CONTINUE AS CURRENTLY SCHEDULED:**

    1. **INITIAL DISCLOSURES PURSUANT TO LOCAL RULE 26.1 HAVE NOT YET BEEN SERVED AND ARE DUE ON DECEMBER 24, 2025, ALTHOUGH WE ARE REQUESTING UNTIL JANUARY 31, 2026 IN LIGHT OF THE IMPENDING WITHDRAWAL.**

    2. **RESPONSE TO *PLAINTIFF'S FIRST SET OF DISCOVERY* IS DUE ON JANUARY 8, 2025.**

#531340448_v2

Dr. Raj Andrew Gupta
December 19, 2025
Page 3

[INTENTIONALLY BLANK]

**Please confirm in writing your receipt of this notice and your consent to Holland & Knights' withdrawal as counsel for Defendant, by signing below, and returning a copy of this letter to me by email.** If you have any questions, please feel free to call me at your convenience. When you secure other counsel to represent Real Health Roots, please let us know who that is and we will work with them to transfer the files.

Sincerely yours,

HOLLAND & KNIGHT LLP

*Cynthia G. Burnside*

Cynthia G. Burnside

**ACKNOWLEDGEMENT AND CONSENT TO WITHDRAWAL OF COUNSEL**

BY: REAL HEALTH ROOTS, LLC

Signed: _____

By: Raj Andrew Gupta

Title: President

Date: _____

#531340448_v2