# Exhibit B

USPS delivery notice

ALERT: WINTER WEATHER IN THE OHIO VALLEY, GREAT LAKES, AND NORTHEAST REGIONS …

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9414809898643576739370**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:04 am on December 26, 2025 in MIDLAND, TX 79705.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
MIDLAND, TX 79705
December 26, 2025, 11:04 am

**In Transit to Next Facility**
December 25, 2025

**Arrived at USPS Regional Destination Facility**
MIDLAND TX DISTRIBUTION CENTER
December 24, 2025, 7:18 pm

**Arrived at USPS Regional Origin Facility**
ATLANTA GA DISTRIBUTION CENTER
December 20, 2025, 10:21 pm

**USPS in possession of item**
ATLANTA, GA 30304
December 19, 2025, 8:41 pm

- Pre-Shipment, USPS Awaiting Item
  December 19, 2025

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**Return Receipt Electronic** ⌃

To request a Return Receipt Electronic with full details including a delivery address, **sign in to your USPS.com® account.** ›

For a Return Receipt Electronic without a delivery address, provide your name and email address below.

*Indicates a required field

**\*First Name**

[ First ]

**M.I.**

[     ]

**\*Last Name**

[ Last ]

**\*Email Return Receipt to up to three email addresses**

[ email123@mail.com ]

**Add Another Email** +

**Request Email**

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

Track Another Package

```
Enter tracking or barcode numbers
```

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**