# Exhibit C

FedEx delivery notice

 

**Tracking ID:** 396990082979 

Local Scan Time

## Travel history

Sort by: Ascending

| Date | Time | Event | Location |
|---|---|---|---|
| Friday, 12/19/25 | 4:24 PM | Shipment information sent to FedEx | |
| | 9:07 PM | Picked up | HAPEVILLE, GA |
| | 9:08 PM | Shipment arriving On-Time | HAPEVILLE, GA |
| | 11:32 PM | Arrived at FedEx hub | MEMPHIS, TN |
| Saturday, 12/20/25 | 12:18 AM | On the way | MEMPHIS, TN |
| | 4:13 AM | Departed FedEx hub | MEMPHIS, TN |
| | 10:25 AM | At local FedEx facility | MIDLAND, TX |
| | 1:10 PM | At local FedEx facility<br>Your package is expected to arrive on the scheduled delivery date | MIDLAND, TX |
| | 1:32 PM | At local FedEx facility | MIDLAND, TX |
| Monday, 12/22/25 | 7:15 AM | At local FedEx facility | MIDLAND, TX |
| | 8:27 AM | On FedEx vehicle for delivery | MIDLAND, TX |
| | 10:04 AM | Delivery exception<br>Incorrect address | MIDLAND, TX |
| | 6:41 PM | At local FedEx facility | MIDLAND, TX |
| Tuesday, 12/23/25 | 9:31 PM | At local FedEx facility | MIDLAND, TX |
| Wednesday, 12/24/25 | 9:36 PM | At local FedEx facility | MIDLAND, TX |
| Thursday, 12/25/25 | 2:12 PM | At local FedEx facility | MIDLAND, TX |
| Friday, 12/26/25 | 9:53 PM | At local FedEx facility | MIDLAND, TX |
| Saturday, 12/27/25 | 3:46 PM | Returning package to shipper<br>Return tracking number  887446843803 | MIDLAND, TX |

---

### FedEx is using cookies

We use cookies and similar analytical technologies on our site. Functional cookies are always enabled to create an outstanding website experience. By clicking "ACCEPT ALL COOKIES" or by continuing to use this site, you consent to optional analytical and tracking cookies which allows FedEx to provide a more personalized experience.  You can further customize your cookie preferences by clicking the "Cookie Preferences" link in this banner.

COOKIE PREFERENCES    REJECT OPTIONAL COOKIES    ACCEPT ALL COOKIES





## Services

| | |
|---|---|
| **SERVICE** | FedEx Priority Overnight |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday |

## Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics

**LANGUAGE**

 United States

**FOLLOW FEDEX**      

© FedEx 1995-2025    Site Map  |  Cookie Consent  |  Terms of Use  |  Privacy & Security  |  Ad Choices

---

**FedEx is using cookies**

We use cookies and similar analytical technologies on our site. Functional cookies are always enabled to create an outstanding website experience. By clicking "ACCEPT ALL COOKIES" or by continuing to use this site, you consent to optional analytical and tracking cookies which allows FedEx to provide a more personalized experience.  You can further customize your cookie preferences by clicking the "Cookie Preferences" link in this banner.

COOKIE PREFERENCES