UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL HEALTH ROOTS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br><br>1:25-CV-3808-SEG |

## **O R D E R**

This matter is before the Court on the motion to withdraw the law firm of Holland & Knight as counsel for Defendant Real Health Roots, LLC. (Doc. 18.) The Court finds that the motion satisfies the requirements of Local Rule 83.1(E)(2), NDGa, and no objections to the motion have been filed. Accordingly, the motion is **GRANTED,** and the Clerk is **DIRECTED** to terminate Cynthia G. Burnside and Matthew T. Covell of Holland & Knight, LLP as counsel for Defendant Real Health Roots, LLC.

Pursuant to Local Rule 83.1(E)(2)(b)(H), NDGa, Defendant Real Health Roots, LLC must be represented in court by an attorney. This rule states as follows:

> If the client is a corporation or organization, it may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court; a corporate officer may not

represent the client unless that officer is admitted to the bar of this Court as a regular member or has been admitted pro hac vice in the case; and failure to comply with this rule could result in a default judgment against the client[.]

*See also Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel."); *Windsor v. United States*, No. 1:09-CV-2027-WSD, 2009 WL 2370669, at *2 (N.D. Ga. July 30, 2009) ("Corporations and limited liability companies . . . must be represented by counsel in litigation.").

Defendant Real Health Roots, LLC shall seek new counsel immediately, if it has not already done so. Defendant is **ORDERED** to retain new counsel who must file a notice of appearance with the Court by March 2, 2026. Failure to do so will likely result in default being entered against Real Health Roots, LLC.

The Clerk is **DIRECTED** to mail this order to Real Health Roots, LLC at the following addresses:

> Dr. Raj Andrew Gupta
> President Real Health Roots, LLC
> 3300 N. A Street, Building 8
> Suite 125
> Midland TX, 79705

> Real Health Roots, LLC
> 3300 N. A Street, Building 8
> Suite 125
> Midland, TX 79705

The Clerk is **DIRECTED** to update the docket with the addresses provided above. The Clerk is further **DIRECTED** to submit this matter to the undersigned on March 3, 2026.

**SO ORDERED** this 9th day of February, 2026.

_____
SARAH E. GERAGHTY
United States District Judge