# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) Real Health Roots, LLC ) ) ) Defendant. ) ) | CIVIL ACTION FILE NO. 1:25-cv-03808 |

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: February 18, 2026           PLAINTIFF,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Special Appearance Counsel*