**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Erin Wilson, on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Real Health Roots, LLC )<br>)<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE<br>NO. 25-cv-03808 |

**PLAINTIFF'S MOTION FOR
<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an Order dismissing this action with prejudice, and in support thereof states as follows:

1. The parties have reached a full and final settlement resolving all claims asserted in this action.

2. The terms of the settlement agreement have been fully performed.

3. Accordingly, Plaintiff no longer wishes to pursue this matter.

4. Dismissal with prejudice is appropriate, as it will conserve judicial resources and avoid further unnecessary litigation.

5. The Defendant is no longer represented, so the parties are unable to file a

1

stipulation.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order dismissing this action with prejudice, each party to bear its own costs and fees, unless otherwise agreed.

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

Counsel for Plaintiff and the proposed class